IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Selene Danielle Arriaga, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 20-cv-4498 |
| ) | |
| Thomas J. Dart, Sheriff of Cook County, Illinois; ) | The Honorable Judge Virginia Kendall |
| The Northeast Regional Commuter Railroad ) | Presiding |
| Corporation d/b/a Metra; Cook County, Illinois; ) | |
| Marie Rangel, Joseph Perez; Paul Riggio; David ) | |
| Cammack; Theodore Stajura; and Timothy ) | Magistrate Judge Maria Valdez |
| O'Donnell, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

**COOK COUNTY DEFENDANTS' MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 12(b)(6), Defendants, Thomas J. Dart, Sheriff of Cook County, Cook County, Maria Rangel, David Cammack, Theodore Stajura, and Timothy O'Donnell ("Cook County Defendants"), by their attorney, Kimberly M. Foxx, Cook County State's Attorney, through her assistant, Nazia Hasan, submit this Motion to Dismiss Plaintiff Selene Danielle Arriaga's Complaint.

In support of this Motion, Cook County Defendants rely on their contemporaneously filed Memorandum of Law in Support of their Motion to Dismiss Plaintiff's Complaint for failing to state a claim upon which relief can be granted.

Date:   November 2, 2020                         Respectfully submitted,

                                                KIMBERLY M. FOXX
                                                State's Attorney of Cook County

                                        By:     */s/ Nazia Hasan*
                                                Assistant State's Attorney

1

## CERTIFICATE OF SERVICE

      The undersigned certifies that on November 2, 2020, she electronically filed the foregoing document with the Clerk of the Court for the Northern District of Illinois by using the CM/ECF system. All participants in the case are registered CM/ECF users who will be served by the CM/ECF system pursuant to Rule 5(b)(2)(E) and LR 5.9.

By:    */s/ Nazia Hasan*
           Assistant State's Attorney
           500 Richard J. Daley Center
           Chicago, Illinois 60602
           (312) 603-3618
           Nazia.Hasan@cookcountyil.gov