# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Selene Danielle Arriaga
                       Plaintiff,

v.                                             Case No.: 1:20–cv–04498
                                                    Honorable Virginia M. Kendall

Thomas J. Dart, et al.
                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 3, 2020:

      MINUTE entry before the Honorable Virginia M. Kendall. Briefing schedule set as to Defendants David Cammack, Cook County, Illinois, Thomas J. Dart, Timothy O'Donnell, Marie Rangel and Theodore Stajura's Motion to Dismiss for Failure to State a Claim [30]. Responses due by 11/17/2020. Replies due by 11/24/2020. Teleconference Status hearing set for 12/19/2020 is reset for 1/12/2021 at 9:00 AM. Teleconference Initial Status hearing set for 11/9/2020 at 9:00 AM stands. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.