# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Selene Danielle Arriaga
                        Plaintiff,

v.                                                           Case No.: 1:20–cv–04498
                                                             Honorable Virginia M. Kendall

Thomas J. Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Attorney Sue−Ann Rosen'sMotion to withdraw as attorney [305] is granted. Motion hearing set for 10/9/2024 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.